ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,

          Plaintiff,

       -against-

ANA LUCIA BAQUERO and CARLOS
EDUARDO ASITIMBAY, Individually and as
officers, directors, shareholders and/or principals of
EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR,

          Defendants.
-----------------------------------------------------------------

**RULE 7.1 GENERAL RULES
SOUTHERN DISTRICT**

Civil Action No.

**07 CIV 11392**

**JUDGE ROBINSON**

S.D. OF N.Y. P. 2007 DEC 19 P 4:07 FILED U.S. DISTRICT COURT

PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN

DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate

possible disqualification or recusal, the undersigned counsel of record for a private (non-

governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of

that Party which are publicly held.

      There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J**

**SPORTS PRODUCTIONS, INC.**

Dated: December 17, 2007
      Ellenville, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

**J & J SPORTS PRODUCTIONS, INC.**

By:_____

JULIE COHEN LONSTEIN , ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:   (845) 647-6277
Email: Info@signallaw.com
*Our File No. 06-7-S02*