## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 civ 111392                               Purchased/Filed: December 19, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    EASTERN DISTRICT OF NY

---

*J&J Sports Productions, Inc.*                                                          Plaintiff

against

*Ana Lucia Baquero, et al*                                                                Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___January 29, 2008___, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, and Complaint and Rule 7.1 Corporate Disclosure Statement

on

___El Torero Rest., Inc.___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___43___   Approx. Wt: ___118___   Approx. Ht: ___5'___
Color of skin: ___White___   Hair color: ___Brown___   Sex: ___F___   Other: _____

Sworn to before me on this

___4th___ day of ___February, 2008___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0800922

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the May 6, 2006
DELAHOYA/MAYORGA Program,
                 Plaintiff,
V.

ANA LUCIA BAQUERO and CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, and EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR,
                 Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

**EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR**
108 North Main Street
Spring Valley, New York 10977        Our File No. 06-7-S02

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                           DATE

(By) DEPUTY CLERK