## ROCKLAND COUNTY SHERIFF'S DEPARTMENT
### CERTIFICATE OF SERVICE

United States District Court
Southern District of New York
State of New York

| | |
|---|---|
| J & J Sports Productions, Inc., as Broadcast Licensee of the May 6, 2006 Delahoya/Mayorga Program<br><br>vs.<br><br>Ana Lucia Baquero and Carlos Eduardo Asitimbay. Individually and as officers, directors, shareholders and/or principals of El Torero Rest., Inc. d/b/a El Torero Restaurant a/k/a El Torero Sports Bar, and El Torero Rest. Inc d/b/a El Torero Restaurant a/k/a El Torero Sports Bar | Index Number: 07 CIV 11392<br><br>Sheriff File Number: 08000328 |

I, Deputy Sheriff Dean O'Hanlon, 610, of the Rockland County Sheriff's Department, New City, New York, certify and affirm that on the 2/14/2008 at approximately 6:45 PM, at 108 North Main Street Spring Valley NY 10977, served the within Summons & Complaint, upon Ana Lucia Baquero the defendant named therein, in the following manner:

### ALTERNATE PERSON

By delivering to and leaving with Jane Doe whose relationship is unknown a true copy thereof, a person of suitable age and discretion. Said address was the actual place of business of the defendant.

### MAILED

By mailing in a plain envelope marked Personal & Confidential on 2/14/2008 a copy of the annexed Summons & Complaint to the defendant at her actual place of business which was 108 North Main Street, Spring Valley, NY 10977.

### DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Black, Gender: Female, Height: 5' 2", Weight: 135, Age: 30.

Dated:
Tuesday, February 19, 2008

Dean O'Hanlon
Deputy Sheriff

610
Badge Number

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the May 6, 2006
DELAHOYA/MAYORGA Program.
     Plaintiff.
  V.

ANA LUCIA BAQUERO and CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, and EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR.
     Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 11392**

**JUDGE ROBINSON**

TO: (Name and address of Defendant)

ANA LUCIA BAQUERO, Individually and as officer, director, shareholder and/or principal of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR
108 North Main Street
Spring Valley, New York  10977   Our File No. 06-7-S02

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**         12/19/2007

CLERK               DATE

(By) DEPUTY CLERK