ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,
                    Plaintiff,

   -against-

ANA LUCIA BAQUERO and CARLOS EDUARDO
ASITIMBAY, Individually and as officers, directors,
shareholders and/or principals of EL TORERO
REST., INC. d/b/a EL TORERO RESTAURANT
a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR
                    Defendants.
-----------------------------------------------------------------

**REQUEST FOR DEFAULT**
Civil Action No. 07-CV-11392-SCR-GAY
HON. STEPHEN C. ROBINSON

TO:   J. MICHAEL McMAHON, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

ANA LUCIA BAQUERO and CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, and EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

-2-

| | |
|---|---|
| Dated: March 6, 2008<br>    Ellenville, New York | LONSTEIN LAW OFFICE, P.C.<br><br>By: /s/ Julie Cohen Lonstein<br>    Julie Cohen Lonstein<br>    Bar Roll No. JL8512<br>    Attorney for Plaintiff<br>    1 Terrace Hill; PO Box 351<br>    Ellenville, NY 12428<br>    Telephone:  845-647-8500<br>    Facsimile:   845-647-6277 |

ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,
       Plaintiff,

 -against-

ANA LUCIA BAQUERO and CARLOS EDUARDO
ASITIMBAY, Individually and as officers, directors,
shareholders and/or principals of EL TORERO
REST., INC. d/b/a EL TORERO RESTAURANT
a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR
       Defendants.
-----------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR DEFAULT**
Civil Action No. 07-CV-11392-SCR-GAY
HON. STEPHEN C. ROBINSON

STATE OF NEW YORK :
      : SS.:
COUNTY OF ULSTER :

  JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

  1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

  2.  This action was commenced pursuant to 47 U.S.C. §605, *et seq*. A copy of the Summons and Complaint was served on Defendant, ANA LUCIA BAQUERO and CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, as set forth in the proof of service by Dean O'Hanlon ECF Documents Nos. 4 and 5 and EL

TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, as set forth in the proof of service by Jessica Miller, ECF Document number 3.

3. The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired. Defendants ANA LUCIA BAQUERO and CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, and EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4. Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the defendants ANA LUCIA BAQUERO and CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, and EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: March 6, 2008
       Ellenville, NY 12428                        /s/ Julie Cohen Lonstein
                                                       Julie Cohen Lonstein

Sworn to before me this 6th                          Bar Roll No. JL8512
day of March 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,
        Plaintiff,

-against-

ANA LUCIA BAQUERO and CARLOS
EDUARDO ASITIMBAY, Individually and as
officers, directors, shareholders and/or principals of
EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR

        Defendants
-------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-11392-SCR-GAY
HON. STEPHEN C. ROBINSON

    The undersigned certifies that on the **6th** day of March 2008 your deponent served the following documents by regular mail:

    Request for Default
    Affidavit in Support of Request for Default
    Clerk's Certificate

on the following:

El Torero Restaurant Inc.
151 N. Main St.
New City, NY 10956-3850

Carlos Eduardo Asitimbay
108 North Main Street
Spring Valley, NY 10977

Ana Lucia Baquero
108 North Main Street
Spring Valley, NY 10977

    /s/ Julie Cohen Lonstein
    Julie Cohen Lonstein