ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006
DELAHOYA/MAYORGA** Program,

       Plaintiff,    **NOTICE OF MOTION FOR
              DEFAULT JUDGMENT**
  -against-        Civil Action No. 07-CV-11392-SCR-GAY
              HON. STEPHEN C. ROBINSON

ANA LUCIA BAQUERO and CARLOS
EDUARDO ASITIMBAY, Individually and as
officers, directors, shareholders and/or principals of
EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR
             Defendants.
---------------------------------------------------------------

  **PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, sworn to

on the 11th    day of March 2008, in support of said application and the exhibits attached thereto,

Plaintiff moves this Court for an order granting the entry of default judgment against the

Defendants jointly and severally as follows:

**Against, ANA LUCIA BAQUERO, Individually and as officers, directors, shareholders
and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a
EL TORERO SPORTS BAR,**

  1)  under 605(e)(3)(C)(i)(II) a  sum *in the discretion of the Court*, of <u>up to</u> TEN
     THOUSAND DOLLARS ($10,000.00)

  2)  and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE
     HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for
     Defendant's willful violation of 605(a)

    3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FIVE HUNDRED TWENTY NINE DOLLARS AND SIXTEEN CENTS ($529.16)

**Against, CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR,**

    1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

    2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

    3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FIVE HUNDRED TWENTY NINE DOLLARS AND SIXTEEN CENTS ($529.16)

**Against, EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR**

    1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

    2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

    3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FIVE HUNDRED TWENTY NINE DOLLARS AND SIXTEEN CENTS ($529.16)

Dated: March 11, 2008
    Ellenville, NY  12428        LONSTEIN LAW OFFICE, P.C.

                                    By:  /s/ Julie Cohen Lonstein
                                         Julie Cohen Lonstein
                                         Bar Roll No.  JL8521
                                         Attorney for Plaintiff
                                         1 Terrace Hill; PO Box 351
                                         Ellenville, NY 12428
                                         Telephone:  845-647-8500
                                         Facsimile:  845-647-6277

ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,
        Plaintiff,

                **DEFAULT JUDGMENT**
 -against-            Civil Action No. 07-CV-11392-SCR-GAY
                HON. STEPHEN C. ROBINSON

ANA LUCIA BAQUERO and CARLOS
EDUARDO ASITIMBAY, Individually and as
officers, directors, shareholders and/or principals of
EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR

        Defendants.
-----------------------------------------------------------

  The Summons and Complaint in this action having been duly served upon the

Defendants**,** ANA LUCIA BAQUERO and CARLOS EDUARDO ASITIMBAY, Individually

and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL

TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, and EL TORERO REST., INC.

d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR**,** on January 19, 2008 and

February 14, 2008 and said Defendants having failed to plead or otherwise appear in this action,

  **NOW**, on motion of JULIE COHEN  LONSTEIN, of counsel to LONSTEIN LAW

OFFICE P.C., attorneys for the Plaintiff, it is hereby

**ORDERED AND ADJUDGED** that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally of**, ANA LUCIA BAQUERO, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FIVE HUNDRED TWENTY NINE DOLLARS AND SIXTEEN CENTS ($529.16)

**ORDERED AND ADJUDGED** that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally of**, CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FIVE HUNDRED TWENTY NINE DOLLARS AND SIXTEEN CENTS ($529.16)

**ORDERED AND ADJUDGED** that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally of**, EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for

    Defendant's willful violation of 605(a)

3)      and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FIVE HUNDRED TWENTY NINE DOLLARS AND SIXTEEN CENTS ($529.16)

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated:          , 2008

                                        _____
                                        **HONORABLE STEPHEN C. ROBINSON**
                                          United States District Judge