ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,

        Plaintiff,

-against-

ANA LUCIA BAQUERO and CARLOS
EDUARDO ASITIMBAY, Individually and as
officers, directors, shareholders and/or principals of
EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR

        Defendants
-----------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-11392-SCR-GAY
HON. STEPHEN C. ROBINSON

    The undersigned certifies that on the **13th** day of March 2008 your deponent served the following documents by regular mail:

        Notice of Motion for Default
        Plaintiff's Affidavit
        Attorney Affidavit of Costs and Fees
        Memorandum of Law
        Rule 54b Statement
        Statement for Judgment
        Default Judgment
        Request for Clerk's Entry of Default
        Affidavit in Support
        Clerk's Certificate

on the following:

El Torero Restaurant Inc.
151 N. Main St.
New City, NY 10956-3850

Carlos Eduardo Asitimbay
108 North Main Street
Spring Valley, NY 10977

Ana Lucia Baquero
108 North Main Street
Spring Valley, NY 10977

                                                /s/ Julie Cohen Lonstein
                                                Julie Cohen Lonstein