ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.**,
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,
                         Plaintiff,

                                     **MOTION TO CONTINUE**
  -against-                         Civil Action No. 07-CV-11392-SCR-GAY
                                     HON. STEPHEN C. ROBINSON

ANA LUCIA BAQUERO and CARLOS EDUARDO
ASITIMBAY, Individually and as officers, directors,
shareholders and/or principals of EL TORERO
REST., INC. d/b/a EL TORERO RESTAURANT
a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR

                        Defendants.
-----------------------------------------------------------

      Come now plaintiff, **J&J SPORTS PRODUCTIONS, INC.**, and moves this Court for an Order of Continuance to adjourn the Conference scheduled for March 28, 2008 at 10:00 a.m., as the plaintiff has filed a Motion for Default Judgment as against the defaulting defendants by ECF, and their likelihood of appearing for the scheduled conference is slight.

      Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

                                          **J&J SPORTS PRODUCTIONS, INC.**

                                  By: /s/ Julie Cohen Lonstein
                                      JULIE COHEN LONSTEIN, Esq.
                                      LONSTEIN LAW OFFICE, P.C.
                                      1 Terrace Hill, P.O. Box 351

        Ellenville, NY 12428
        (845) 647-8500
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all parties or attorneys at the address set forth below on the 14TH day of March, 2008:

El Torero Restaurant Inc.
151 N. Main St.
New City, NY 10956-3850

Carlos Eduardo Asitimbay
108 North Main Street
Spring Valley, NY 10977

Ana Lucia Baquero
108 North Main Street
Spring Valley, NY 10977

By:[x] U.S. Mail, postage prepaid

        /s/ Julie Cohen Lonstein
        JULIE COHEN LONSTEIN

ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,
       Plaintiff,

                 **ORDER FOR CONTINUANCE**
 -against-           Civil Action No. 07-CV-11392-SCR-GAY
                 HON. STEPHEN C. ROBINSON

ANA LUCIA BAQUERO and CARLOS
EDUARDO ASITIMBAY, Individually and as
officers, directors, shareholders and/or principals of
EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR

        Defendants.
-----------------------------------------------------------

  Considering the motion of the plaintiff for continuance of the Conference scheduled for March 28, 2008 at 10:00 a.m., that a motion for default has been submitted to the Court via ECF.

  ORDERED, that the Conference scheduled for March 28, 2008 at 10:00 a.m. be continued.

  Dated this ____ day of March, 2008

                _____
                HON. STEPHEN C. ROBINSON
                Judge, United States District Court