UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
J & J Sports Productions, Inc.

                    Plaintiff(s)

                    v.

Ana Lucia Baquero, et al.
                    Defendants(s)
-------------------------------------------------------------------

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 CV 11392 (SCR)(GAY)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

X  Inquest After Default/Damages Hearing

\_\_\_ For jury selection

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

* Do not check if already referred for general pretrial.

DATED: White Plains, New York
3/17/08

SO ORDERED

*Stephen C. Robinson*
United States District Judge
Stephen C. Robinson