UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
J&J Sports Productions, Inc.

V

Ana Lucia Baquero et.al

07 cv. 11392 (SCR)(GAY)

------------------------------X

**ORDER**

It is hereby **ORDERED** that all parties submit to this Court, any supporting documents and / or memoranda that will assist the Court in determining the amount of damages to be awarded to the plaintiff based on the default of defendants Ana Lucia Baquero, Carlos Eduardo Asitimbay, El Torero Rest., Inc., a/k/a El Torero Sports Bar , docketed on March 14, 2008. The papers shall be filed with the Clerk of the Court, with a courtesy copy to chambers, on or before April 18, 2008.   The Court upon receipt of said documents will either schedule a hearing or issue a Report & Recommendation.

SO ORDERED:

_____
George A. Yanthis
United States Magistrate Judge

Dated: March 18, 2008
White Plains, New York