ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,
                          Plaintiff,

                              **ORDER FOR CONTINUANCE**
    -against-                         Civil Action No. 07-CV-11392-SCR-GAY
                              HON. STEPHEN C. ROBINSON

ANA LUCIA BAQUERO and CARLOS
EDUARDO ASITIMBAY, Individually and as
officers, directors, shareholders and/or principals of
EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR

                    Defendants.
-----------------------------------------------------------

      Considering the motion of the plaintiff for continuance of the Conference scheduled for March 28, 2008 at 10:00 a.m., that a motion for default has been submitted to the Court via ECF.

      ORDERED, that the Conference scheduled for March 28, 2008 at 10:00 a.m. be continued.

Dated this 25th day of March, 2008

                                              HON. STEPHEN C. ROBINSON
                                              Judge, United States District Court