ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,
                      Plaintiff,

-against-

ANA LUCIA BAQUERO and CARLOS EDUARDO
ASITIMBAY, Individually and as officers, directors,
shareholders and/or principals of EL TORERO
REST., INC. d/b/a EL TORERO RESTAURANT
a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR
                      Defendants.
-----------------------------------------------------------

**REQUEST FOR DEFAULT**
Civil Action No. 07-CV-11392-SCR-GAY
HON. STEPHEN C. ROBINSON

TO:   J. MICHAEL McMAHON, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

ANA LUCIA BAQUERO and CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, and EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

-2-

Dated: March 6, 2008  　　　　　　　　　　LONSTEIN LAW OFFICE, P.C.
      Ellenville, New York

                                               By: /s/ Julie Cohen Lonstein
                                                    Julie Cohen Lonstein
                                                    Bar Roll No. JL8512
                                                    Attorney for Plaintiff
                                                    1 Terrace Hill; PO Box 351
                                                    Ellenville, NY 12428
                                                    Telephone: 845-647-8500
                                                    Facsimile: 845-647-6277