DC

Robinson, J.

ECF CASE
JUDGE ROBINSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DELAHOYA/MAYORGA** Program,

　　　　　　　　　　　　Plaintiff,

　　　　　-against-

ANA LUCIA BAQUERO and CARLOS
EDUARDO ASITIMBAY, Individually and as
officers, directors, shareholders and/or principals of
EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR,

and

EL TORERO REST., INC. d/b/a EL TORERO
RESTAURANT a/k/a EL TORERO SPORTS BAR

　　　　　　　　　Defendants.

-----------------------------------------------------------

**DEFAULT JUDGMENT**
Civil Action No. 07-CV-11392-SCR-GAY
HON. STEPHEN C. ROBINSON

The Summons and Complaint in this action having been duly served upon the

Defendants, ANA LUCIA BAQUERO and CARLOS EDUARDO ASITIMBAY, Individually

and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL

TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, and EL TORERO REST., INC.

d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR, on ~~January 19, 2008 and~~ DC

El Torero Served on 01/29/08 DC

February 14, 2008, and said Defendants having failed to plead or otherwise appear in this action,

**NOW**, on motion of JULIE COHEN  LONSTEIN, of counsel to LONSTEIN LAW

OFFICE P.C., attorneys for the Plaintiff, it is hereby

ORDERED AND ADJUDGED that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally of, **ANA LUCIA BAQUERO, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR,**

1)      under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court,* of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2)      and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court,* of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)      and under 605(e)(3)(B)(iii) *in the discretion of the Court,* costs and Attorney fees of FIVE HUNDRED TWENTY NINE DOLLARS AND SIXTEEN CENTS ($529.16)

ORDERED AND ADJUDGED that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally of, **CARLOS EDUARDO ASITIMBAY, Individually and as officers, directors, shareholders and/or principals of EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR,**

1)      under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court,* of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2)      and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court,* of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)      and under 605(e)(3)(B)(iii) *in the discretion of the Court,* costs and Attorney fees of FIVE HUNDRED TWENTY NINE DOLLARS AND SIXTEEN CENTS ($529.16)

ORDERED AND ADJUDGED that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally of, **EL TORERO REST., INC. d/b/a EL TORERO RESTAURANT a/k/a EL TORERO SPORTS BAR**

1)      under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court,* of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2)      and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court,* of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for

Defendant's willful violation of 605(a)

3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FIVE HUNDRED TWENTY NINE DOLLARS AND SIXTEEN CENTS ($529.16)

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, there is no just reason for delay in this Default Judgment as the interest of justice

require the issuance of judgment as requested without further delay.

White Plains, NY
Dated: August 24, 2008

_____
HONORABLE STEPHEN C. ROBINSON
United States District Judge